UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ASHLEY ROBERSON,

     Plaintiff,

     v.

LODI UNIFIED SCHOOL DISTRICT, et al.,

     Defendants.

No.  2:26-cv-00806-SCR

ORDER

On June 22, 2026, the Court issued an order to show cause ("OSC") directing Plaintiff to show cause why the action should not be dismissed for failure to effect service pursuant to Federal Rule of Civil Procedure 4(m).  In response, Plaintiff filed returns of service (ECF Nos. 6, 7, & 8) indicating that service has been completed as to three of the five Defendants.  Plaintiff has also filed a motion seeking a 21-day extension of time to complete service on the other two Defendants (ECF No. 9).  Having reviewed the submissions, the Court finds good cause for an extension of time.

Accordingly**, IT IS HEREBY ORDERED** that:

1.  The Court's OSC is discharged.

2.  The motion to extend time to complete service (ECF No. 9) is GRANTED.  The Court finds it reasonable to extend the deadline for service as to all Defendants to July 28, 2026.  Plaintiff shall complete service as to Defendants Tyrone Henderson and Cathie

1

Hines by no later than July 28, 2026, and file returns of service.

SO ORDERED.

DATED: July 7, 2026

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

2